UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      CRIMINAL NO. 3:20CR 98 (JCH)

               VIOLATION:

v.

KEVIN BRAZA      26 U.S.C. Section 7201 (Tax Evasion)

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Tax Evasion)

On or about August 1, 2014, in the District of Connecticut, the defendant KEVIN BRAZA, a resident of Westbrook, Connecticut, did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America for the calendar year 2013, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Tax Return, Form 1040, which was filed with the Internal Revenue Service. In that false return, the defendant KEVIN BRAZA stated and caused to be stated that his taxable income for the calendar year 2013 was the sum of $33,973 and that the amount of tax due and owing was the sum of $5,316. In fact, as the defendant KEVIN BRAZA then and there knew, his taxable income for the calendar year 2013 was the sum of $289,855, upon which taxable income there was owing to the United States of America an income tax of $94,641.

In violation of Title 26, United States Code, Section 7201.

UNITED STATES OF AMERICA

_____
LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

_____
HEATHER L. CHERRY
ASSISTANT UNITED STATES ATTORNEY